# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>Julissa Carter<br><br>Defendant(s) | )<br>)<br>) Case No. 3:21-mj-00083-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 16-17, 2021** in the county of _____ in the
_____ District of **Alaska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 752(a) | Instigating or Assisting an Escape |
| 18 U.S.C. §§ 3146(a)(2) and 2 | Failure to Appear |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Jolene Goeden

☑ Continued on the attached sheet.

*Complainant's signature*

JOLENE GOEDEN, Special Agent, FBI
*Printed name and title*

Sworn telephonically and signed digitally.

~~Sworn to before me and signed in my presence.~~

Date: **Feb 17, 2021**

City and state: Anchorage, Alaska

MATTHEW M. SCOBLE, U.S. Magistrate Judge
*Printed name and title*