BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULISSA CARTER, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:21-mj-00083-MMS |

**MOTION TO UNSEAL**

<u>**FILED UNDER SEAL**</u>

COMES NOW the United States of America, by and through the United States Attorney for the District of Alaska, and moves this Court to unseal all documents in the above-captioned matter. The Defendant has been arrested and the need for sealing no longer exists.

RESPECTFULLY SUBMITTED on February 18, 2021, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

*United States v. Carter*
3:21-mj-00083-MMS

2