E. BRYAN WILSON
Acting United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULISSA CARTER,<br><br>　　　　　　　Defendant. | No. 3:21-mj-00083-MMS |

**MOTION TO DISMISS CRIMINAL COMPLAINT**

The United States, by and through the undersigned counsel, hereby moves to dismiss the Criminal Complaint in this case without prejudice pursuant to Fed. R. Crim. P. 48(a).

//

//

RESPECTFULLY SUBMITTED March 17, 2021, in Anchorage, Alaska.

    E. BRYAN WILSON
    Acting United States Attorney

    *s/ Kyle Reardon*
    KYLE REARDON
    Assistant U.S. Attorneys
    United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, a true and correct copy of the foregoing was served electronically on the following:

John Murtaugh, Esq.

*s/ Kyle Reardon*
Office of the U.S. Attorney